# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                        Case Number    CR. 1:05-00623-001 (JEI)

JAIME ARROGANTE

　　Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

　　The defendant, JAIME ARROGANTE, was represented by Christopher O'Malley, AFPD.

　　Violation numbers 1 and 3 have been dismissed.

　　The defendant admitted guilt to violation number 2 as stated on the amended violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation |
|---|---|
| 2 | 'Alcohol/Drug Testing and Treatment' |

　　As pronounced on May 16, 2012, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on December 9, 2005 remain in full force and effect, if not already paid.

　　Signed this the 16th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　JOSEPH E. IRENAS
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Judgment – Page 2 of 2

Defendant:      JAIME ARROGANTE
Case Number:    CR. 1:05-00623-001 (JEI)

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 9 months. The term of imprisonment imposed by this judgment shall run consecutively to the offender's imprisonment under any previous state or federal sentence.

The defendant is remanded to the custody of the United States Marshal for immediate service of his sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal